IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                          )<br>                    Plaintiff,          )<br>                                                          )<br>           v.                                        )<br>                                                          )<br>FRANCIS RAY CADA,                  )<br>                                                          )<br>                    Defendant.       )<br>                                                          ) | 8:06cr322<br><br>ORDER |

This matter came on for hearing on this 14th day of May, 2007, following the U.S. Probation Office's notice to the court that defendant Francis Ray Cada is not being allowed release status by Campus for Hope, Inc.

The defendant was specifically sentenced to be incarcerated at Campus for Hope in Council Bluffs, Iowa, to afford him the opportunity to continue to work and provide for his dependents.  The court finds that the defendant needs to continue to provide for his dependents by working his lawn business during business hours consistent with the work release policies at Campus for Hope.

THEREFORE, IT IS ORDERED that the defendant's order of commitment is amended to allow the defendant work release status even though he is self-employed. The defendant's hours of work shall be limited to the policies and regulations concerning work release at Campus for Hope, Inc., in Council Bluffs, Iowa.

DATED this 14th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge